THE BUFFALO GERMAN INSURANCE COMPANY, Respondent, *v.* THE THIRD NATIONAL BANK OF BUFFALO, Appellant.

*Buffalo German Ins. Co.* v. *Third Nat. Bank,* 61 App. Div. 612, affirmed.
(Argued May 27, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 10, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George L. Lewis* for appellant.

*Arthur W. Hickman* for respondent.

Judgment affirmed, with costs, on opinion delivered on previous appeal (162 N. Y. 163).
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

ELIZABETH FOGERTY, as Administratrix of CHARLES E. FOGERTY, Deceased, Appellant, *v.* THE UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.

*Fogerty* v. *Union Ry. Co. of N. Y.,* 56 App. Div. 624, affirmed.
(Argued May 27, 1902; decided June 10, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*Archibald C. Shenstone* and *William E. Stillings* for appellant.

*T. H. Lord, Charles F. Brown, Henry Melville* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT and WERNER, JJ. Not voting: MARTIN, VANN and CULLEN, JJ.